IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | Case No. 3:05-0198 Chief Judge Haynes |
| v. | ) ) ) | |
| THOMAS LEONARD MASSEY, | ) ) | |
| Defendant. | ) | |

### ORDER

A revocation hearing is set in this action for **Friday, March 21, 2014 at 4:30 p.m.**

It is so **ORDERED**.

ENTERED this the ___7th___ day of March, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court