IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:05-cr-00198 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| THOMAS LEONARD MASSEY | ) | |

## ORDER

The revocation hearing in this action currently set for Friday, May 23, 2014 at 4:00 p.m. is reset for **Friday, May 30, 2014 at 1:30 p.m.** in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

ENTERED this the 16th day of May, 2014.

WILLIAM J. HAYNES, JR.
Chief United States District Judge