UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 3:05-00198 |
| | ) CHIEF JUDGE HAYNES |
| THOMAS LEONARD MASSEY | ) |

## AGREED ORDER

Pending before this Court is a Superseding Petition for Warrant for Offender Under Supervision (D.E. 44). Upon the defendant's admission to the violations contained in the Petition, and upon the recommendation of the parties, this Court hereby sentences Mr. Massey to serve a term of imprisonment of 12 months and 1 day with no term of supervised release to follow the service of the term of imprisonment. Mr. Massey shall be given jail credit from April 9, 2014, until the present, pursuant to 18 U.S.C. § 3585(b) toward the service of the term of imprisonment.

WILLIAM J. HAYNES, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT

APPROVED FOR ENTRY:

s/ R. David Baker
R. David Baker
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203-3805
615-736-5047

s/ Blanche Cook
Blanche Cook
Assistant United States Attorney
110 Ninth Avenue South, A-961
Nashville, TN 37203